UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER                                    Case No. 6-16-cv-01982-GAP-TBS

    Plaintiff

v.

HEIDNER HOFFMANN LLC and
CATSKILL, LLC d/b/a THE DELAND
FISH HOUSE

    Defendants
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff, TAVIA WAGNER, by and through her undersigned counsel, gives notice of voluntary dismissal with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 16th day of February, 2017.

/s/ Joe M. Quick, Esq.
_____
JOE M. QUICK, Esq.
Florida Bar Number: 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, Esq. P.A.
#316 1224 S. Peninsula Drive
Daytona Beach, FL 32118
(386) 212-3591
Email: JoeMQuickEsq@gmail.com